1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2      cbrancart@brancart.com
     Liza Cristol-Deman(SBN 190516)
3      lcristoldeman@brancart.com
   Post Office Box 686
4  Pescadero, CA 94060
   Tel:   (650) 879-0141
5  Fax:   (650) 879-1103

6  Attorneys for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RHONDA SEBASTIAN; ASHLEY SEBASTIAN; and ZACHARY SEBASTIAN, individually and on behalf of the GENERAL PUBLIC; and the FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC., a California not-for-profit corporation,** | **Case No. 2:09-cv-09418-JHN-MLGx** <br><br> **CONSENT DECREE AND FINAL ORDER** |
| **Plaintiffs,** | |
| vs. | |
| **MARTIN KLEIN and FLORENCE KLEIN, as Trustees of THE KLEIN LIVING TRUST, doing business as the KENSINGTON MANOR APARTMENTS; and, STEVEN R. SELZER,** | |
| **Defendants.** | |

This action was brought by plaintiffs alleging that defendants violated the Fair Housing Act, 42 U.S.C. section 3601 *et seq.* and related state laws by discriminating against families with children on the basis of familial status in connection with the ownership and operation of the Kensington Manor Apartments in Garden Grove, California.

Plaintiffs and defendants have agreed that in order to avoid protracted and

costly litigation, the controversy should be resolved without trial or adjudication on the merits, and therefore have consented to the entry of this decree and order. By entering into this consent decree and order ("order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiffs.

It is hereby ordered, adjudged, and decreed that:

## MONETARY TERMS

1. Defendants shall make a monetary payment in the amount of $50,000 to plaintiffs in the form of a check made payable to the Attorney-Client Trust Account of Brancart & Brancart. This amount shall be distributed as follows: $20,000 to plaintiff Rhonda Sebastian, $4,000 to plaintiff Ashley Sebastian, $4,000 to plaintiff Zachary Sebastian, $5,000 to plaintiff Fair Housing Council of Orange County, and $17,000 to plaintiffs' attorneys to compensate for fees and costs incurred in this matter. The monetary payment to be made by defendants is inclusive of all claims for damages and attorneys' fees and costs to be paid to plaintiffs. This payment shall be made no later than 30 days after entry of this order.

## RELEASE TERMS

2. Plaintiffs and defendants shall execute mutual waivers and releases indicating that this order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit. Those mutual waivers and releases shall include a waiver of all known and unknown claims under California Civil Code section 1542.

## EQUITABLE TERMS

3. Defendants, their employees, and their agents shall comply with the following terms at each residential rental premises that they own or operate:

    a. Abide by all state and federal fair housing laws;

    b. Provide a copy of the HUD pamphlet entitled "Are you the victim

of housing discrimination?" to all prospective tenants who visit a rental property defendants own or operate and to all current tenants (HUD official form 903.1, available free of charge by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov);

    c. Post a sign at the Kensington Manor Apartments or advertise on a website or newspaper of general circulation when there is a vacant apartment there, using the fair housing symbol or endorsement such as, "We're a Fair Housing Provider," or words to that effect;

    d. Display a fair housing poster (HUD official form 928) in a conspicuous location in a common area, such as the rental office, mail area, or laundry room; and,

    e. Defendants shall attend and pay for attending a fair housing training once per year for three years conducted by FHCOC and attended by all owners, managers, assistant managers, leasing agents, maintenance personnel, and all other agents at defendants' rental properties who have contact with tenants or prospective tenants.

## DURATION AND ENFORCEMENT

4. This order shall be in effect for a period of three years from the date of entry and the court shall retain jurisdiction for the purposes of enforcement. This order will terminate at the end of the three-year period.

5. The parties shall attempt in good faith to work out any disputes that arise under the terms of this order. Only after good faith attempts have been exhausted will the parties request the assistance of the court in resolving such disputes.

Ordered this 5th day of May, 2010.

_____
Honorable Jacqueline H. Nguyen
United States District Judge

| | | |
|---|---|---|
| 1 | Approved as to content and form: | |
| 2 | BRANCART & BRANCART | |
| 3 | | |
| 4 | _____ | Dated: April 26, 2010. |
|   | Liza Cristol-Deman | |
|   | lcristoldeman@brancart.com | |
| 5 | Attorneys for Plaintiffs | |
| 6 | | |
| 7 | CUMMINGS MYER | |
| 8 | | |
|   | _____ | Dated: April 26, 2010. |
| 9 | Thomas B. Cummings | |
|   | tcummings@cummingsmyer.com | |
| 10 | Attorneys for Defendants | |